MELISSA E. AUSTIN, as Administratrix, etc., of CHARLES AUSTIN, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

MARY A. BATCHELDER, Plaintiff, v. LILLIAN N. S. BRUCE and Others, Defendants. DENNIS S. REGAN, Receiver, Respondent; JAMES N. REILLY, Appellant.— Motion to resettle order of January 18, 1935, granted and order resettled so as to provide that the amount to be deposited by the appellant as a condition for the stay is the sum of $2,200, with the privilege to the appellant to file an undertaking with corporate surety in said amount in lieu of a cash deposit; the deposit to be made or the undertaking to be filed within five days from the entry of the order herein. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

JOSEPH A. BENEDETTO, Respondent, v. HARRY HANBURY, Doing Business under the Firm Name and Style of NINETIETH STREET GARAGE, and GEORGE HANBURY, Appellants, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

EMILIE C. BREWSTER, Appellant, v. NEW YORK EVENING JOURNAL, INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: In this action, the complaint having been verified, must the answer be verified in order to constitute a proper pleading? Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ. [See ante, p. 607.]

HYMAN DAVIDSON, Respondent, v. LOUIS HEYMAN, City Marshal, and FRANKLIN BAKERS' SUPPLY CO., INC., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Johnston, J., not voting.

DEWARD CORPORATION, Respondent, v. LILLIE MCMANUS and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

JOHN DIOGUARDI, Appellant, v. BERNARD H. LOIZZO, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Johnston, J., not voting.

JOHN DIOGUARDI, Appellant, v. PETER E. LOSCALZO, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Johnston, J., not voting.

DORLAND REALTY CORPORATION, Respondent, v. ARVILLE M. TURNER and Others, Appellants. ARVILLE M. TURNER, Appellant, v. EFFICIENT BUILDING CORPORATION and Others, Defendants; LOUIS F. MENTZ, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: 1. Upon the facts appearing in the record herein, did Louis F. Mentz waive any right that he may have had to the rents of the premises here involved under the assignment of May 29, 1930, as against the rights of Arville M. Turner under the receivership obtained by her in her foreclosure action. 2. Upon the facts appearing in the record herein, was the appellant Arville M. Turner entitled to the rents collected by Arthur E. Muth as receiver upon the vacation on December 2, 1931, of the order appointing him receiver. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ. [See ante, p. 607.]